UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00245-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING MOTION TO STAY CASE<br><br>(ECF Nos. 4, 5). |

Plaintiff Fernando Gastelum bring claims under the Americans with Disabilities Act and California state law against Defendant Old Navy, LLC. (ECF No. 1). After it appeared that Plaintiff failed to serve Defendant within the 90-day period provided under Federal Rule of Civil Procedure 4(m), the Court issued an order to show cause why this action should not be dismissed without prejudice. (ECF No. 4).

Plaintiff has filed a response, stating as follows:

This case was initiated on February 17, 2023 by filing of the Verified Complaint. ECF 1. Plaintiff alleged that the parties had previously entered into a settlement agreement relating to Defendant's alleged non-compliance with the ADA and Unruh, but that Defendant did not comply with the terms of the prior settlement agreement.

Virtually immediately following the filing of the Complaint, the parties began discussion a resolution. During the discussions, Pl[a]intiff did not serve Defendant in order to minimize costs. The last communication occurred on May 16, 2023, reflecting a possibility of a settled resolution.

1

      For this reason, Plaintiff respectfully requests that the Court vacate the currently scheduled scheduling conference and allow the parties 30 to 60 days to resolve the matter peaceably.

(ECF No. 5).

      The Court construes this filing as a motion to stay the case to allow the parties to pursue a settlement and will grant the request. However, as the Court already vacated the scheduling conference, there is no need to grant this aspect of Plaintiff's request. (ECF No. 4).

      Accordingly, IT IS ORDERED as follows:

1. The Court's May 19, 2023 order to show cause (ECF No. 4) is discharged.
2. Plaintiff's motion to stay the case (ECF No. 5) is granted.
3. This case is stayed until July 10, 2023, to allow the parties to attempt to resolve the case without engaging in litigation.
4. Should the case resolve, the parties are directed to comply with Local Rule 160, which requires the filing of a notice of settlement and dispositional document.
5. If the case has not resolved by July 10, 2023, the Court will set a new deadline for Plaintiff to serve Defendant and set a new date for a new scheduling conference.

IT IS SO ORDERED.

Dated:  **May 23, 2023**      /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE