UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00245-EPG<br><br>ORDER SETTING DEADLINE TO COMPLETE SERVICE<br><br>(ECF Nos. 4, 5). |

    Plaintiff Fernando Gastelum bring claims under the Americans with Disabilities Act and California state law against Defendant Old Navy, LLC. (ECF No. 1). After it appeared that Plaintiff failed to serve Defendant within the 90-day period provided under Federal Rule of Civil Procedure 4(m), the Court issued an order to show cause why this action should not be dismissed without prejudice. (ECF No. 4). Plaintiff filed a response stating that, soon after this case was filed, the parties began settlement discussions and Plaintiff did not serve Defendant to avoid costs. (ECF No. 5). Plaintiff requested that the parties be given time to try to settle the matter.

    Accordingly, the Court issued an order staying litigation until July 10, 2023, to allow the parties to attempt to resolve the case, and noting that, if the case had not resolved by July 10, 2023, the Court would set a new deadline for Plaintiff to serve Defendant and set a new date for a scheduling conference. (ECF No. 6).

1

Given that no notice of settlement has been filed, IT IS ORDERED as follows:

1. Plaintiff's deadline to complete service on Defendant is extended to August 25, 2023.
2. An initial scheduling conference will be held on September 27, 2023, at 11 a.m. The parties are permitted to appear telephonically and may do so by dialing 1-888-251-2909 and entering access code 1024453. The parties are reminded to file a joint scheduling report at least seven days prior to the scheduling conference. (*See* ECF No. 3).
3. Plaintiff is advised that failure to complete timely service may result in the dismissal of this case. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: **July 11, 2023**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE